NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number: 1:23-mj-00033-RMM-2

JEREMY CHRISTIAN HARRISON
    (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

                                                                        /s/James T. Skuthan
                                                                           (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

James T. Skuthan
First Assistant Federal Defender
Florida Bar No. 0544124
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: jim_skuthan@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, on this 16th day of February 2023.

*/s/ James T. Skuthan*
Attorney for Defendant